PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mia Dentico      Cr.: 20-00235-025
    PACTS #: 2633893

Name of Sentencing Judicial Officer:    THE HONORABLE PAUL A. ENGELMAYER
    UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:     THE HONORABLE BRIAN MARTINOTTI
    UNITED STATES DISTRICT JUDGE
    Assigned March 11, 2020

Date of Original Sentence: 03/13/2018

Original Offense:    Count One: Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d)
Count Two: Narcotics Conspiracy, in violation of 21 U.S.C. §§846 & 841(b)(1)(A)
Count Three: Possession of a Firearm in Connection with Racketeering, in violation of 18 U.S.C. § 924(c)(1)(A)(i)

Original Sentence: 8 Days imprisonment followed by 60 months supervised release

Violation Offense: Count Three: Allowed Convicted Felon to Reside at the Address of Record
    Count Four: Hid a Convicted Felon in Her Attic

Violation Sentence:    51 months supervised release. Previous term of supervised release remains with special conditions: three (3) months on home confinement; the defendant is not to have any in-person contact with Mr. Mohamed F. Olivo during the term of supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Search/Seizure, Mental Health Treatment, Drug Treatment, Place Restriction Area, Alcohol Treatment, Association Restrictions, Gang Associate/Member, Mental Health Medications

Type of Supervision: Supervised Release      Date Supervision Commenced: 04/09/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

     1      **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court**.

          On December 31, 2021, the Galloway Township Police Department was dispatched to Wawa located at 241 E. White Horse Pike in Galloway for an overdose. Upon arrival, officers deployed one Nalaxone 4 mg nasal spray on Mia Dentico, who was unconscious but breathing. EMS arrived to provide

Prob 12A – page 2
Mia Dentico

treatment to Dentico who regained consciousness. Officers found four white wax folds stamped "Perfect 10" with a blue skull in a top hat in Dentico's right pocket of her sweatshirt. Officers also found an orange clear baggie containing a white crystal-like substance near Dentico's right foot on the floor.

U.S. Probation Officer Action:
The probation officer admonished Dentico for her substance abuse and discussed with her a plan to avoid any further drug use. A treatment intervention with Dentico and her treatment provider was conducted, and it was determined that Dentico would benefit from a higher level of treatment. The probation officer referred her to a new provider to address Dentico's need for substance abuse and mental health treatment at a provider in her local area. At this time, it is respectfully recommended that this document acts as a letter of reprimand for Dentico, and no further action is taken. This recommendation is based on Dentico's need for treatment and accountability.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shavaughn Chapman*
By:  SHAVAUGHN M. CHAPMAN
Senior U.S. Probation Officer

/ smc

APPROVED:

*Steve Alfrey*                                      1/18/2022
_____
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Document is a Letter of Reprimand and No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

January 19, 2022
Date